ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAVID A. LOMBARDERO, CSB 71715
Special Assistant United States Attorney
Asset Forfeiture Section
 Federal Courthouse, 14th Floor
 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-7418
 Facsimile: (213) 894-7177
 E-mail: David.Lombardero@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br>$286,580 in Bank Funds,<br><br>　　　　　Defendant.<br>JEFFREY MALINOVITZ and JASON BABADJOV,<br><br>　　　　　Claimants;<br>GO GREEN HYDROPONICS, INC.,<br><br>　　　　　Real Party in Interest. | No.  CV 11-02040-JAK (AJWx)<br><br>CONSENT JUDGMENT OF FORFEITURE<br><br>JS-6 |

This action was filed on March 9, 2011. Notice was given and published in accordance with law. Claimants, JEFFREY MALINOVITZ and JASON BABADJOV, filed timely claims and Answers. Claimants are the owners, officers and directors of GO GREEN HYDROPONICS, INC. ("GO GREEN"), a corporation from whose account $286,580 in Bank Funds (the "defendant funds") was seized.

Plaintiff and Claimants (who also intend to bind the interests of Go Green) have reached an agreement that is dispositive of the entire action. They hereby request that the Court enter the Consent Judgment of Forfeiture set forth below.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over Plaintiff, the defendant funds, Claimants and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant funds other than Claimants and Go Green are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. Except to the extent specified in paragraphs 4 and 7 below, the United States of America shall have judgment as to the defendant funds, plus its proportionate share of interest, and no other person or entity shall have any right, title or interest therein. The Department of Treasury is ordered to dispose of said assets in accordance with law.

4. $86,580 of the defendant funds, plus interest on $86,580, shall be paid jointly to Manny Medrano and Roger S. Rosen, attorneys for Claimants, within sixty (60) days after the date of the entry of this consent judgment. Upon giving written approval of this consent judgment, Claimants and their counsel shall provide, in writing, the information necessary for the government to make the payment called for herein in accordance with federal law.

5. Claimants and Go Green hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Internal

1  Revenue Service and of local or state law enforcement officers cross-designated
2  as agents of the United States, from any and all claims, actions or liabilities
3  arising out of or related to this action, including, without limitation, any claim for
4  attorney's fees, costs or interest which may be asserted on behalf of Claimants,
5  whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.  The court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7.  This consent judgment does not bar any criminal charges arising out of the same transaction or occurrence as alleged in the Complaint in this action, but the United States agrees that Claimants and Go Green shall have the right to reopen this Consent Judgment in the event that the United States does institute such charges. In that event, Claimants and Go Green will have the right to litigate the United States' right to the funds forfeited as provided in paragraph 3 hereof.

Dated:      October 18, 2011

*[signature]*

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

Dated: October ___, 2011         ANDRÉ BIROTTE JR.
                                 United States Attorney
                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section

|   |   |
|---|---|
| 1 |   |
| 2 | By ___/s/___<br>DAVID A. LOMBARDERO<br>Special Asst. United States Attorney<br>Asset Forfeiture Section<br>Attorneys for Plaintiff<br>United States of America |
| 6 |   |
| 7 | Dated: October __, 2011    MEDRANO & CARLSON |
| 8 |   |
| 9 | By ___/s/___<br>MANNY MEDRANO<br>Attorneys for Claimant Malinovitz |
| 11 | Dated: October __, 2011 |
| 12 |   |
| 13 | ___/s/___<br>JEFFREY MALINOVITZ, Claimant |
| 14 | Dated: October __, 2011    ROGER J. ROSEN |
| 16 |   |
| 17 | By ___/s/___<br>ROGER J. ROSEN<br>Attorneys for Claimant Babadjov |
| 19 | Dated: October __, 2011 |
| 20 |   |
| 21 | ___/s/___<br>JASON BABADJOV, Claimant |